```
UNITED STATES DISTRICT COURT          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK         DOCUMENT
                                      ELECTRONICALLY FILED
                                      DOC #:
                                      DATE FILED: 12/18/2019
```

-----------------------------------------------------------X
MCINNIS USA, INC.                         :
                                          :
                        Plaintiff,        :
                                          :
            -against-                     :     19-CV-5769 (VEC)
                                          :
                                          :     <u>ORDER</u>
                                          :
MARLY BUILDING SUPPLY CORP.,              :
                                          :
                        Defendant.        :
-----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on June 20, 2019, *see* Dkt. 1;

WHEREAS on July 2, 2019, Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendant, *see* Dkts. 7-8;

WHEREAS Defendant failed to appear, answer, or otherwise respond to the Complaint by the July 18, 2019 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1);

WHEREAS on September 5, 2019, the parties informed the Court that they had reached an agreement in principle to settle this case, Dkt. 10;

WHEREAS on December 2, 2019, the parties informed the Court that they were unable to consummate the settlement agreement; Dkt. 20;

WHEREAS an initial pretrial conference is scheduled for December 20, 2019 at 10:00 a.m.

IT IS HEREBY ORDERED:

1. No later than **December 23, 2019**, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**2.** The initial pretrial conference is adjourned to **January 24, 2020 at 10:00 a.m.**

**SO ORDERED.**

_____
**Date: December 18, 2019**                    **VALERIE CAPRONI**
         **New York, NY**                          **United States District Judge**