USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
MCINNIS USA, INC.　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Plaintiff,　　　　 :
　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　-against-　　　　　　　　　　　 :　　19-CV-5769 (VEC)
　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　 :　　ORDER
　　　　　　　　　　　　　　　　　　　　　 :
MARLY BUILDING SUPPLY CORP.,　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　Defendant.　　　　 :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　　　WHEREAS an initial pretrial conference in this case is scheduled for January 24, 2020 at 10:00 a.m. (Dkt. 28);

　　　　WHEREAS on December 23, 2019, the Court ordered Defendant to appear on January 31, 2020 to show cause why the Court should not enter default judgment against it (Dkt. 30);

　　　　IT IS HEREBY ORDERED THAT: The initial pretrial conference scheduled for January 24, 2020 at 10:00 a.m. is cancelled.

**SO ORDERED.**

**Date:　January 14, 2020**　　　　　　　　　　　　_____
　　　　　**New York, NY**　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**