```
UNITED STATES DISTRICT COURT                      | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     | DOCUMENT
                                                  | ELECTRONICALLY FILED
                                                  | DOC #:
                                                  | DATE FILED: 2/6/2020
```

```
------------------------------------------------------------- X
  MCINNIS USA, INC.                              :
                                                 :
                              Plaintiff,         :
                                                 :
             -against-                           :    19-CV-5769 (VEC)
                                                 :
                                                 :        ORDER
                                                 :
  MARLY BUILDING SUPPLY CORP.,                   :
                                                 :
                              Defendant.         :
------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS an order to show cause hearing in this case is scheduled for February 7, 2020 at 10:00 a.m. (Dkt. 34);

WHEREAS the Plaintiff has indicated that this matter may be resolved shortly (Dkt. 33);

IT IS HEREBY ORDERED THAT: The hearing is adjourned to **February 14, 2020 at 10:00 a.m.**

**SO ORDERED.**

Date: February 6, 2020
     New York, NY

                                     **VALERIE CAPRONI**
                                     **United States District Judge**